ORIGINAL

RECEIVED

2014 MAY 12 P 4: 49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RE: IN THE MATTER OF THE COMPLAINT )
AGAINST JOHN CANDIDO CHAVEZ         )        CR. MISC. NO. 2:14-MJ-55-WC

## MOTION TO UNSEAL AFFIDAVIT

Comes now the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and respectfully moves the Court to unseal the affidavit in the above captioned case. Any conditions that required the affidavit to be sealed are no longer material.

Respectfully submitted this 12th day of May, 2014.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

Verne H. Speirs
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: verne.speirs@usdoj.gov