FILED

MAY 21 2014

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 2:14cr328-WHA |
| | ) | |
| v. | ) | [18 USC 2; |
| | ) | 21 USC 846; |
| MODESTA BARAJAS DE CHAVEZ, and | ) | 21 USC 841(a)(1)] |
| JOHN CANDIDO CHAVEZ, | ) | |
| a/k/a "Gordo" | ) | |

## INDICTMENT

The Grand Jury charges:

I.   **THE DRUG CONSPIRACY**

### COUNT 1

Beginning from an unknown date, and continuing through in or about May 9, 2014, the exact dates being unknown to the Grand Jury, in Montgomery County, Elmore County, and Autauga County, within the Middle District of Alabama, and elsewhere, the defendants,

MODESTA BARAJAS DE CHAVEZ, and
JOHN CANDIDO CHAVEZ, a/k/a "Gordo,"

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire, combine and agree together and with others both known and unknown to the Grand Jury to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## II. SUBSTANTIVE DRUG COUNTS

### COUNT 2

Beginning from an unknown date and continuing to on or about May 9, 2014, in Autauga County, and elsewhere, within the Middle District of Alabama,

MODESTA BARAJAS DE CHAVEZ, and
JOHN CANDIDO CHAVEZ, a/k/a "Gordo,"

defendants herein, each aided and abetted by the other, and persons known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance. All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### FORFEITURE ALLEGATION
(Drug Proceeds/Facilitation)

A. The allegations contained in Counts 1 and 2 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

B. Upon conviction of the offenses in violation of Title 21, United States Code, Section 846, set forth in Count 1 of this indictment or Title 21, United States Code, Section 841(a)(1), set forth in Count 2 of this indictment, the defendants,

MODESTA BARAJAS DE CHAVEZ, and
JOHN CANDIDO CHAVEZ, a/k/a "Gordo,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in

any manner or part to commit and to facilitate the commission of the offenses in violation of Title 21, United States Code, Section 846 and Title 21, United States Code, Section 841(a) including, but not limited to, the following: one Colt Super .38 automatic pistol with magazine.

    C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendants:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL;

_____
FOREPERSON

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

_____
Kevin P. Davidson
Assistant United States Attorney

_____
Verne H. Speirs
Assistant United States Attorney