IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:14cr328-WHA |
| | ) | |
| MODESTA BARAJAS DE CHAVEZ, and | ) | |
| JOHN CANDIDO CHAVEZ, | ) | |
| a/k/a "Gordo" | ) | |

### NOTICE OF BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Bill of Particulars:

Through the violations of 21 U.S.C. §§ 841(a)(1) and 846, as alleged in the indictment, which are punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 21, United States Code, Section 853:

$13,940.00 in U.S. currency seized from residence of Modesta Barajas De Chavez;

2007 Jeep Grand Cherokee;

2003 Chevrolet Silverado 1500 truck;

Colt AR-15 .223 rifle;

DPMS Panther Arms AR-15 .223 rifle;

Beretta, model 92, 9mm handgun;

Glock, model 27, .40 caliber handgun;

Colt, model 1911, .45 caliber handgun; and,

Norinco, model 1911A1, .45 caliber handgun.

Respectfully submitted this 10th day of June, 2014.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY


**/s/Kevin P. Davidson**
KEVIN P. DAVIDSON
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Facsimile: (334) 223-7106
E-mail: Kevin.P.Davidson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

**/s/Kevin P. Davidson**
KEVIN P. DAVIDSON
Assistant United States Attorney