IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:14CR328-WHA |
| | ) | |
| MODESTA BARJAS DE CHAVEZ | ) | |
| JOHN CANDIDO CHAVEZ | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on **August 7, 2014**, before the undersigned Magistrate Judge.   Present at this conference were **Nick Wallace for Richard Keith**, counsel for the defendant, and Assistant United States Attorney **Verne Speirs**, counsel for the government.  As a result of the conference, it is hereby

ORDERED as follows:

1.  Jury selection is set for **October 6, 2014**.   The trial of this case is set during the trial term commencing on **October 6, 2014**, **at 10:00 a.m., in Montgomery, Alabama,** before **United States District Judge  Myron H. Thompson** and is expected to last a week and one-half.

2.   There are no motions currently pending and the time set by the court for filing motions has passed.

3.  Proposed voir dire questions shall be filed on or before **two weeks before jury selection.**   Counsel should not include questions seeking information which is provided in the jury questionnaire.

4.  All motions in limine shall be filed on or before **two weeks before jury selection**. Motions in limine must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.  Responses to motions shall be filed on or before **one week before jury selection.**

5.  Proposed jury instructions shall be filed on or before **one week before jury selection.**

6.  **Each party shall have available at the time of trial, for use by the court and opposing counsel, four copies of the exhibit list and four copies of each photostatically reproducible exhibit listed.**

7.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on **September 24, 2014**.  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **October 6, 2014**.  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **October 6, 2014**, as to all defendants, even though a particular guilty plea was not accepted by the court.

DONE this 12th  day of August, 2014.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE