IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| )| |
| v.     ) | |
| ) | CR No.  2:14CR328-WHA |
| MODESTA BARAJAS DE CHAVEZ and     ) | (wo) |
| JOHN CANDIDO CHAVEZ     ) | |

**ORDER**

This cause is before the court on two Motions to Continue (Doc. #43, 44), filed by the Defendants, John Candido Chavez and Modesta Barajas de Chavez, on September 25, 2014.  The motions, unopposed by the Government, allege that an arraignment was held on a Superseding Indictment on September 24, 2014 and that on the same day additional voluminous discovery was provided by the Government, adding to the complexity of the case.  The Defendants, without opposition from the Government, request that the trial date be continued from October 6, 2014 until after December 2014.

For the reason that substantial additional time is required for adequate preparation of a defense, and the court finding that the case should be set for trial on the same date for all Defendants, the court finds that the ends of justice to be served by granting the continuance outweigh the rights of the Defendants and the public to a speedy trial, and it is hereby ORDERED as follows:

1. The Motions to Continue (Doc. #43, 44) are GRANTED.

2. Trial of this case is continued from October 6, 2014 to the term of court commencing January 12, 2015 in Montgomery, Alabama.

3. The Magistrate Judge is requested to issue such new orders as may be necessary as a result of this continuance.

Done this 25th day of September, 2014.

                        /s/ W. Harold Albritton
                        W. HAROLD ALBRITTON
                        SENIOR UNITED STATES DISTRICT JUDGE