IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:14CR328-WHA |
| ) | |
| MODESTA BARAJAS DE CHAVEZ ) | |
| JOHN CANDIDO CHAVEZ ) | |

## ORDER

It is hereby **ORDERED** that a Pretrial Conference be held in this case on Thursday, November 6, 2014 at 11:00 a.m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

Done this 2nd day of October, 2014.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE